UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELICIA DOUGLAS

    Plaintiff,

v.

JOSHUA MONTGOMERY, MA and T TRUCKING, LM GENERAL INSURANCE COMPANY and CAROLYN SMALL,

    Defendants.

Civil Case No: 2:19-cv-10432-LVP-DRG
Hon. Judge Linda V. Parker
Magistrate Judge: David R. Grand

## STIPULATED ORDER FOR DISMISSAL

The parties having consented to the entry of this Order, as evidenced by their respective counsels' signatures below; and the Court being fully advised in the premises;

**IT IS ORDERED** that that this lawsuit is dismissed with prejudice and without costs as to all parties.

This is a final Order which resolves the last pending claim and closes this case.

    s/ Linda V. Parker
    LINDA V. PARKER
    U.S. DISTRICT JUDGE

Dated: January 8, 2020

By:  /s/ *Katrina A. Martin w/consent*  
Katrina A. Martin (P73928)  
Attorney for Plaintiff  
and

By: /s/ *Timothy S. Groustra w/consent*  
Timothy S. Groustra (P48966)  
Attorney for Defendants Montgomery

MA & T Trucking

By:  /s/ *Brittny Harris*  
Brittny Harris (P75658)  
Attorney for Defendant LMGIC

By:  /s/*Ray H. Littleton II*  
Ray H. Littleton (P69733)  
Attorney for Defendant Small